[No. 8616–6–II. Division Two. June 8, 1987.]

*In the Matter of* KALLI MARIE DAVIS, ET AL.

Appeal from a judgment of the Superior Court for Pierce County, No. 84–5–00183–2, Thomas A. Swayze, Jr., J., entered March 15, 1985. *Affirmed* by unpublished opinion per Hopkins, J. Pro Tem., concurred in by Dolliver and Reser, JJ. Pro Tem.

[No. 8884–3–II. Division Two. June 8, 1987.]

*In the Matter of the Marriage of* WILLIAM R. MCRAE, *Appellant, and* ELLEN L. MCRAE, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84–3–01505–4, Nile E. Aubrey, J., entered May 31, 1985. *Affirmed* by unpublished opinion per Utter, J. Pro Tem., concurred in by Foscue and Hamilton, JJ. Pro Tem.

[No. 14653–0–I. Division One. June 8, 1987.]

JEFF BAKER, ET AL, *Respondents,* v. DONALD W. GUERNSEY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–01684–1, Robert W. Winsor, J., entered April 3, 1984. *Vacated* and *remanded* by unpublished opinion per Williams, J., concurred in by Swanson and Pekelis, JJ.